IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02304-MSK-MEH

CHECKERS INDUSTRIAL PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ERICSON MANUFACTURING CO. an Ohio corporation, d/b/a Ericson,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2013.**

    The Stipulated Motion for Protective Order [filed December 16, 2013; docket #23] is **granted in part and denied in part**.  Excluding paragraph 16, the Court accepts and issues contemporaneously with this minute order the parties' Stipulated Protective Order.