IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02304-MSK-MEH

CHECKERS INDUSTRIAL PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ERICSON MANUFACTURING CO. an Ohio corporation, d/b/a Ericson,

    Defendant.

―――――――――――――――――――――――――――――――――――――――――――――――――――――――

## MINUTE ORDER
―――――――――――――――――――――――――――――――――――――――――――――――――――――――

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2014.**

    The Motion to Withdraw filed by Georgia Yanchar [filed January 30, 2014; docket #30] is **granted**.  Ms. Yanchar's representation of the Defendant in this case is terminated.  Byeongsook Seo, Lance John Ream, and John M. Palmeri of the law firm of Gordon & Rees, LLP will continue to represent Defendant in this matter.