IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02304-MSK-MEH

CHECKERS INDUSTRIAL PRODUCTS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

ERICSON MANUFACTURING CO. an Ohio corporation, d/b/a Ericson,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2014.**

    In light of Defendant's Notice of Withdrawal filed May 30, 2014 (docket #45), the Defendant's Motion to Enforce Settlement [filed May 21, 2014; docket #41] is hereby **withdrawn**.